UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C.; and<br><br>GUADALUPE RANCH CORPORATION,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>CHAD F. WOLF, *in his official capacity* as Secretary, United States Department of Homeland Security;<br><br>MARK A. MORGAN, *in his official capacity* as Acting Commissioner, United States Customs and Border Protection;<br><br>RODNEY S. SCOTT, *in his official capacity* as Chief, United States Border Patrol;<br><br>PAUL ENRIQUEZ, *in his official capacity* as Acquisition, Real Estate and Environmental Director, Infrastructure Portfolio, Program Management Office Directorate, United States Border Patrol;<br><br>LTG SCOTT A. SPELLMON, *in his official capacity* as Commanding General, United States Army Corps of Engineers;<br><br>TROY OLSON, *in his official capacity* as Chief of Construction, South Pacific Border District, United States Army Corps of Engineers;<br>and<br><br>United States Army Corps of Engineers,<br><br>    *Defendants*. | Civil Action No.: 20-3478 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and the entire record herein, it is hereby:

ORDERED, that Plaintiffs' Emergency Motion for a Temporary Restraining Order is GRANTED;

IT IS FURTHER ORDERED that a Temporary Restraining Order is hereby entered against Defendants.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants shall be enjoined from entering Plaintiffs' property without reasonable consent of Ranch representatives.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants shall immediately cease all construction and related activities directly adjacent to the Plaintiffs' property for a period of three weeks, or until the Court issues a ruling on the merits.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants will give Plaintiffs meaningful notice of further intrusions onto Plaintiffs' property that are planned or possible as a result of wall construction.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants will give Plaintiffs (i) any hydrologic studies or other engineering and design work carried out or contemplated for Guadalupe Canyon, and (ii) an assessment of the risk that wall and culvert system now planned will cause or exacerbate floods that intrude on Ranch property and the Ranch's private road.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants will give Plaintiffs notice of their plans and proposed practices to prevent further intrusions onto Plaintiffs' property, including any contractual or other mechanisms for ensuring that those plans are strictly implemented by Defendants and any contractors working on their behalf.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants will give Plaintiffs a meaningful hearing in the form of good faith negotiations with an authorized senior Agency

representative, resulting in the adoption of a reasonable and binding plan to (1) protect Ranch property from further intrusions and (2) remediate past damage from unauthorized intrusions

      IT IS FURTHER ORDERED that pursuant to the Order, Defendants will adopt a written record of the results of the negotiations, including the specifics of the plan adopted as a result of the negotiations.

      SO ORDERED.


Dated:  December __, 2020                    _____
                                                      United States District Judge