# EXHIBIT A



**From:** SAGE GOODWIN <sagewan@aol.com>
**Date:** February 24, 2020 at 1:15:34 PM MST
**To:** "ENRIQUEZ, PAUL" <paul.enriquez@cbp.dhs.gov>
**Cc:** Kelly Kimbro <kkmkimbro@yahoo.com>, Sadie Hadley <sadiehadley@gmail.com>
**Subject: Re: Sharing your contact emails**

I've got some ideas that may be helpful at Silver Creek, Black Draw, and Hay Hollow.

> On Feb 24, 2020, at 10:58 AM, ENRIQUEZ, PAUL
> <paul.enriquez@cbp.dhs.gov> wrote:
>
> Good morning Kelly, thank you for sending Sage's email and the introduction.
>
> Sage – Yes, I will can get you in coordination with the engineer at the US Army Corps of Engineers. Are you most interested in the gates/flood management on the border adjacent to your ranch or areas west at Black Draw and Silver Creek?

**From:** SAGE GOODWIN <sagewan@aol.com>
**Sent:** Monday, February 24, 2020 12:12 PM
**To:** Kelly Kimbro <kkmkimbro@yahoo.com>

**Cc:** ENRIQUEZ, PAUL <paul.enriquez@cbp.dhs.gov>; Sadie Hadley
<sadiehadley@gmail.com>
**Subject:** Re: Sharing your contact emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the CBP Security Operations Center with questions or concerns.

Thank you Kelly

Hi Paul, good to meet you at the Douglas Station.  We appreciate your availability to work through challenging aspects of the border barrier projects.

Please reach out if at any point along the way where you see I might be of help.

I'd like to get in touch with the engineer working on the flood management/barrier gates.  Could you facilitate that?

Sincerely,

Sage Goodwin
Guadalupe Ranch
Guadalupe Canyon
(505) 660-5777

> On Feb 24, 2020, at 5:11 AM, Kelly Kimbro
> <kkmkimbro@yahoo.com> wrote:
>
> Good Morning,
> Paul and Sage, as per your meeting each other at the Douglas BP
> Station, I wanted to make sure you both got each other's email.
>
> paul.enriquez@cbp.dhs.gov
>
> sagewan@aol.com
> 505-660-5777
> Guadalupe Canyon Ranch
>
> Thank you, Kelly

# EXHIBIT B



1300 Pennsylvania Avenue NW
Washington, D.C. 20229

March 16, 2020

**RE: Cochise, Pima, and Santa Cruz Counties Border Barrier Projects Request for Input**

To Whom it May Concern:

U.S. Customs and Border Protection (CBP) is seeking your input concerning new border barrier projects in Cochise, Pima, and Santa Cruz Counties, Arizona, within the U.S. Border Patrol Tucson Sector.  CBP is accepting comments until Wednesday, April 15, 2020.

Spanish-language materials are available online at www.cbp.gov/about/environmental-cultural-stewardship/nepa-documents/docs-review.

CBP is constructing approximately 74 miles of border barrier projects, including areas where the existing barrier no longer meets the U.S. Border Patrol's operational needs:

- In Cochise County, CBP will replace approximately 24 miles of existing primary pedestrian barrier with new steel bollard fencing, construct approximately seven (7) miles of new steel bollard fencing, and replace approximately one (1) mile of existing secondary barrier with new steel bollard fencing.
- In Pima County, CBP will replace approximately seven (7) miles of existing primary pedestrian barrier with new steel bollard fencing and construct approximately eight (8) miles of new steel bollard fencing.
- In Santa Cruz County, CBP will construct approximately 25 miles of new steel bollard fencing and replace approximately two (2) miles of existing primary pedestrian barrier and vehicle barrier with new steel bollard fencing.

The projects also include the installation of a linear ground detection system, road construction or refurbishment, and the installation of lighting, which will be supported by grid power and include embedded cameras.  The design of the new steel bollard fencing includes 30-foot steel bollards that are approximately 6" x 6" in diameter.

In April and May 2019, CBP solicited input on border barrier projects that are being carried out in areas adjacent to these project areas.  Feedback from both comment periods will be considered during the environmental review process.

CBP is seeking input on potential impacts to the environment, culture, quality of life, and commerce, including potential socioeconomic impacts.  CBP is conducting environmental site surveys and assessments and is gathering data and input from state and local government agencies, federal agencies, Native American tribes, and landowners that may be affected by or otherwise have an interest in the projects.  CBP will prepare environmental planning documents to evaluate potential environmental impacts and make those documents available to the public.

Maps are included in an attachment to this letter.

**How to Provide Comments**



Comments and information will be accepted until Wednesday, April 15, 2020. Comments should include data or information that could help inform CBP's analysis of potential impacts. Helpful comments are fact-based, include links to data or research, and provide specific information concerning potential impacts to biological, cultural, and natural resources. If known, your response should include any state and local restrictions, permitting or other requirements that CBP should consider.

Specifically, CBP is looking for answers to the following questions:

- Are you aware of threatened or endangered plant or animal species within the area of construction? If so, where?
- Are you aware of recreational activities that take place in the area of construction?
- Are you aware of possible impacts to businesses? Where are those businesses located?
- Are you aware of historical sites or areas of cultural significance located within the area of construction? If so, where?
- Do you foresee your day-to-day activities being impacted by the projects?
- Are you aware of any studies, data or other information available that would aid in the analysis of potential environmental impacts in the project areas?
- Do you have any recommendations for practices the construction contractor should follow to avoid or minimize impacts?

Comments can be emailed to CBP at TucsonComments@cbp.dhs.gov. Please include "Cochise, Pima, and Santa Cruz Counties Border Barrier Projects March 2020" in the subject of your email. Comments received in response to this letter, including names and addresses of those who comment, will become a part of the public record. If you are providing a comment about a specific area, please specify that location in your submission.

You may also submit comments, questions, or concerns to the following address:

U.S. Customs and Border Protection
U.S. Border Patrol Headquarters
1300 Pennsylvania Ave. 6.5E Mail Stop 1039
Washington, D.C. 20229-1100

We appreciate your feedback and help with evaluating the potential impacts of these projects.

Sincerely,

Paul Enriquez
Acquisition, Real Estate and Environmental Director
Infrastructure Program
Program Management Office Directorate
U.S. Border Patrol

Enclosure: Cochise, Pima, and Santa Cruz Counties Border Barrier Project Maps





**Pima County Border Barrier Map**

**Page 1 of 4**



U.S. Customs and
Border Protection



Santa Cruz County Border Barrier Map

**Area**

☐ AREA ENLARGED

Page 2 of 4

**Legend**

**Existing Barrier**

Existing Vehicle Barrier

**Santa Cruz County Projects**

New Border Barrier

New Border Barrier*

New Border Barrier**

*in place of dilapidated or outdated designs;

**in place of dilapidated or outdated designs;
vehicle to pedestrian barrier

0.2 Miles

4.1 Miles

2.1 Miles

21 Miles

Continued from
previous map







U.S. Customs and
Border Protection



Cochise County Border Barrier Map

4.7 Miles

0.8 Miles

Area

☐ AREA ENLARGED

Legend

**Existing Barrier**
Existing Vehicle Barrier

**Cochise County Projects**
New Border Barrier
New Border Barrier*

**Other Ongoing Projects**
Border Barrier*
(Funded Fiscal Year 2019)

*In place of dilapidated or outdated designs

Page 4 of 4

# EXHIBIT C

**From:** Sage Goodwin <sagewan@aol.com>
**Date:** March 20, 2020 at 11:40:12 AM MST
**To:** Wesley.A.Blacketer@usace.army.mil
**Cc:** paul.enriquez@cbp.dhs.gov, kkmkimbro@yahoo.com,
Sadiehadley@gmail.com, bill_radke@fws.gov, allen@naturalchanneldesign.com
**Subject: Fwd:  Border Fence stream crossings**


Mr. Blacketer,

Thank you for your outreach to me concerning input on engineering gates for the high volume ephemeral
streams within the areas of Tucson Sector project 3A, currently under construction in the San Bernardino Valley.
The washes of concern from west to east are Silver Creek, Black Draw, and Hay Hollow Wash.

As you likely have heard, the streams within these project areas get seasonally large flows carrying debris of many sizes, from small to large.
Designing a barrier to accommodate these flows and debris, while maintaining the desired security, and avoiding damage to property, infrastructure, and
natural resources is a particularly challenging engineering puzzle, and I invite you to contact Mr. Allen Haden, a civil engineer whose office is in Flagstaff, Arizona, to jointly consider the challenge.
Mr. Haden's company, Natural Channel Design (https://ncdengineeringinc.com/about-us), is well placed to contribute to as positive an outcome as possible.  Please contact Mr. Haden directly by referring to his contacts below.
I have copied Paul Enriquez of DHS, Kelly Glenn-Kimbro of Malpai Ranch in the San Bernardino Valley, Bill Radke of the U.S. Fish and Wildlife Service, and Sadie Hadley, of Guadalupe Ranch in Guadalupe Canyon, as well as Mr. Haden.
Mrs. Kimbro and her daughter Mackenzie suggested a swing gate that opens "down canyon" as a good place to start.  The challenge then becomes:  is it possible to design a channel at the barrier/gate that does not aggrade, and that maintains sufficient flow to clear the gateway of flood debris so the gate can retract back to closed position after flood events?

Thank you,

Sage Goodwin
Guadalupe Ranch
Guadalupe Canyon
Cochise County AZ
Hidalgo County NM

-----Original Message-----
From: allen haden <allen@naturalchanneldesign.com>
To: sagewan <sagewan@aol.com>
Sent: Tue, Mar 17, 2020 3:43 pm
Subject: Border Fence stream crossings

Sage,

Good to talk with you on the phone.  As I mentioned, Natural Channel
Design does have some background with the border fence issues related to
stream crossings.  We did some field work and monitoring for the
National Park Service at Organ Pipe and at Montezuma National Monument
almost 10 years ago and we have done an awful lot of jurisdictional
delineation from west of Organ Pipe to the Demming Area.  I believe that
we just recently looked at the area around the Wildlife Refuge as well.
We have a pretty good notion of the wall construction and it effects on
stream channels.  Given the relatively restrictive design criteria for
the wall, it has been pretty difficult to make much headway towards a
workable solution for both the wall and the channel. However, given the
importance of the matter, we would be more than happy to look at the
different areas you mentioned, take a look at the proposed designs and
see what we can come up with that might help.

I am happy to talk with whoever you point me towards to see if we can
explore a solution that can work for all.

cheers

ah


--
Allen Haden
Natural Channel Design, Inc.
2900 N. West St., Suite 5
Flagstaff, AZ 86004
  (o) 928 774-2336
  (c) 928 600-6649
www.naturalchanneldesign.com

# EXHIBIT D



**US Army Corps of Engineers**  South Pacific Division Website

🏠 / [Media](#) / News Stories

## News Story Archive

- **2020 (55)**
- **2019 (45)**
- **2017 (1)**
- **2016 (5)**
- **2015 (1)**
- **2014 (6)**
- **2013 (5)**
- **2012 (10)**
- **2011 (11)**

# Corps awards $524 million border barrier contract

Published March 25, 2020

2

**PRINT** | **E-MAIL**

PHOENIX, Ariz.--U.S. Army Corps of Engineers South Pacific Border District awarded a $524 million contract modification March 23 to Southwest Valley Constructors, Albuquerque, New Mexico, for the design build of the Tucson sector barrier wall replacement project. Work will be performed in Tucson, Arizona, with an estimated completion date of Sept. 7, 2021. Fiscal 2020 operations and maintenance, Army funds in the amount of $524 million were obligated at the time of the award.

These projects are being executed by USACE, as directed through the U.S. Army by the Secretary of Defense, in response to Department of Homeland Security's request for assistance to help secure the United States southern border by blocking drug-smuggling corridors through the construction of roads and fences, and the installation of lighting under Section 284 of Title 10, U.S. Code. DoD and USACE are executing these projects in support of U.S. Customs and Border Protection.

For additional information about Corps projects, visit https://www.usace.army.mil. For information on U.S. Customs and Border Protection, visit https://www.cbp.gov. For more information on federal government contracts, visit the System for Award Management website at https://beta.sam.gov/.

2

contract award    Border Barrier    USACE    corps

# EXHIBIT E



**From:** SAGE GOODWIN <sagewan@aol.com>
**Date:** March 26, 2020 at 11:05:05 AM MST
**To:** "ENRIQUEZ, PAUL" <paul.enriquez@cbp.dhs.gov>
**Subject:** Re: Guadalupe Canyon Peloncillo Mtns. Tucson Project A

Yes, thank you.  520 508 4690


On Mar 26, 2020, at 10:41 AM, ENRIQUEZ, PAUL <paul.enriquez@cbp.dhs.gov> wrote:


Hi Sage - Would you be around at 3PM today?


-----Original Message-----

From: SAGE GOODWIN <sagewan@aol.com>

Sent: Thursday, March 26, 2020 1:22 PM

To: ENRIQUEZ, PAUL <paul.enriquez@cbp.dhs.gov>

Subject: Re: Guadalupe Canyon Peloncillo Mtns. Tucson Project A


CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the CBP Security Operations Center<mailto:cbpsoc@cbp.dhs.gov> with questions or concerns.



Paul,


I don't know if you tried to call us yesterday but our phone went down right around mid day!

Please let me know when it would be convenient for you to call in the near future; we're here today.

Sage

On Mar 24, 2020, at 5:01 PM, ENRIQUEZ, PAUL
<paul.enriquez@cbp.dhs.gov> wrote:

Hi Sage - If you are available tomorrow around noon, I can give you a
call to discuss.

Thanks

-----Original Message-----

From: SAGE GOODWIN <sagewan@aol.com>

Sent: Tuesday, March 24, 2020 1:59 PM

To: ENRIQUEZ, PAUL <paul.enriquez@cbp.dhs.gov>

Cc: Sadie Hadley <sadiehadley@gmail.com>

Subject: Guadalupe Canyon Peloncillo Mtns. Tucson Project A

CAUTION: This email originated from outside of DHS. DO NOT click links
or open attachments unless you recognize and/or trust the sender.
Contact the CBP Security Operations
Center<mailto:cbpsoc@cbp.dhs.gov> with questions or concerns.

Hello Paul,

Sadie and I would like to get on the phone with you to discuss Tucson
Project A that runs to the NM line.

We've been hearing big choppers running along the line today and
yesterday, haven't received any ROE-S's, and have heard construction
could start in April.

Given the terrain and so many other reasons, let's have a suite of
layered technology instead of a physical barrier.

Let's set up a time to talk.  I do not have your phone number.

We can be reached at Guadalupe Ranch (Guadalupe Canyon, Peloncillo
Mountains) at 520 508 4690, and by e mail here, and by text at 505 660
5777.

Thank you,

2

Sage Goodwin

Sarah "Sadie" Hadley

# EXHIBIT F

May 13, 2020

Mark A. Morgan
Acting Commissioner
U.S. Customs and Border Protection
U.S. Border Patrol Headquarters
1300 Pennsylvania Ave. 6.5E Mail Stop 1039
Washington, D.C. 20229-1100

Comments submitted via email at: TucsonComments@cbp.dhs.gov

Dear Mr. Morgan,

We are writing to provide comments in response to Cochise, Pima, and Santa Cruz Counties Border Barrier Projects March 2020.

**We have grave concerns with Tucson A (Segment 5) 4.5 miles** – as it impacts our home, our livelihood, and the life we have known as long as we can remember. We have worked hard for many years, along with our neighbors, to protect and enhance the unique ecology, as well as the rich historic and cultural values found here. Guadalupe Canyon has been the subject of stewardship by multi-generational ranch families from the early homestead area until today. The proposed border wall threatens these values and the tens of thousands of hours of work that we and our neighbors have engaged in to protect these values.

We are a ranching family with our home and base of operations located in Guadalupe Canyon, on the International Border that separates the United States and Mexico. The unique values found in Guadalupe Canyon have been recognized by both the Bureau of Land Management (BLM) and the US Forest Service via three separate designations. These are the Guadalupe Canyon Area of Critical Environmental Concern (New Mexico BLM), Guadalupe Canyon Outstanding Natural Area ACEC (Arizona BLM), and the Guadalupe Canyon Zoological and Botanical Area (Coronado National Forest)

**Guadalupe Canyon is known for the national significance of its fauna diversity** and is a particularly intact example of rare canyon riparian woodland habitat and is a vital component of the only contiguous link between the rich habitats of the Sierra Madre in central Mexico and the Rocky Mountains.

*"Guadalupe Canyon meets the BLM's Relevance Criteria because it has significant and diverse wildlife and vegetation resources, special status species occurrence, and valuable riparian resources. The area meets the important criteria because it has qualities of more than local significance that make it rare, unique, exemplary, and vulnerable to adverse changes warranting special management and attention."* Mimbres Resource Management Plan Environmental Impact Statement.

Numerous rare and unique animals and plants are found here. These species will be significantly impacted by proposed construction activities of the border wall, which will have limited impact on the activities this action purports to address - the cross-border migration of humans and the

smuggling of illegal drugs. The special values found here will be directly impacted by construction activities, and longer-term by the Wall itself.

**Threatened and Endangered species impacted by Border Wall construction** include the jaguar, ocelot, New Mexico ridge-nosed rattlesnake, Mexican spotted owl, Northern goshawk, Chiricahua leopard frog, Mexican gray wolves, and lessor long-nosed bats. Plant Species of Concern include Vauquelinia californica v. pauciflora, Penstemon superbus, Metastelma arizonicum (Cynanchum arizonicum), Dalea pulchra, and Acacia millefolia.

In addition to the Threatened and Endangered species identified in the previous paragraph, Guadalupe Canyon is unusually rich in non-listed wildlife. These include uncommon species of hummingbirds, trogons, and turkey, and is also home to a diversity of animal species including black bear, coatimundi, Coues' white-tailed deer, bobcat, mountain lion, and multiple species of bats.

**Guadalupe Canyon functions as a key wildlife corridor** connecting ecosystems in Arizona, New Mexico, and Mexico. In our arid climate, availability of water is key to survival. Due to the spotty nature of our rainfall, water resources vary from season to season and year to year. Wildlife movement is strongly associated with access to water. Building a wall which restricts wildlife movement will be a death sentence for many of these animals.

**Guadalupe Canyon is an Audubon Important Bird Area (IBA)** and is a well-known location for Mexican bird species that only rarely cross the border into the United States. Species include the Costa's, Broad-billed, Blue-throated, Magnificent, and Violet-crowned Hummingbird, Northern Beardless-Tryannulet, Thick-billed Kingbird, and Varied Bunting. Other species of interest and localized to southwest New Mexico and southeast Arizona are Elf Owl, Gila Woodpecker, Dusky-capped and Brown-crested Flycatcher, Mexican Jay, Bridled Titmouse, Verdin, Phainopepla, Lucy's Warbler, and Hooded Oriole.

**Guadalupe Canyon Outstanding Natural Area ACEC** has been designated by BLM as Visual Resource Management Class II to preserve scenic quality and prevent more than limited modification of the landscape. Overarching management goals are to protect biological and cultural values. Construction of a 30 foot wall would be a violation of regulatory and protective designations designed to protect the scenic, biological, and cultural values which have been identified as needed for protection.

**Guadalupe Canyon has abundant historical and cultural significance.** Many prehistoric artifacts have been found in the canyon and numerous cave throughout the surrounding area have prehistoric pictographs, petroglyphs, and smoke stains on their ceilings from cook fires. Utilization of Guadalupe Canyon by Indigenous peoples appear in military records going back more than 300 years. The first recorded visit by the Spanish military took place in the 1690s when a major battle was fought against the Apache. During the 1700s Spanish ranchers begin grazing their cattle in the canyon. During the years 1775-1780, when an official Presidio (fortified military post) of the Spanish Imperial Army operated from the San Bernardino Cienega (now the San Bernardino National Wildlife Refuge), military couriers operated a monthly mail service between military posts in Chihuahua and Sonora, with their route taking them through

the canyon. In the 1840s, during the war between Mexico and the United States, US Army troops were trapped during a major flood in the canyon, resulting in the loss of wagons and supplies, while drowning livestock, saddle horses, and several soldiers. During the Apache Wars, the canyon was the site of "Camp Supply," where several soldiers were killed by Apaches. In 1886, Geronimo's band crossed the international boundary here, while traveling to the Arizona Territory to surrender, ending the multi-century Apache Wars. Following Geronimo's surrender, homesteaders and ranchers resided in the canyon, having an adequate number of children for the establishment of a school during the late 1910s and early 1920s. During this period, two settler's operated informal stores from their ranch houses.

**As Ranch operators with children and as the only residents of Guadalupe Canyon,** we are strongly in favor of border security. For more than a decade, one of us been a member and then co-chair of the border patrol's stakeholder liaison committee for the Douglas Station and I've met with great cooperation, mutual assistance, and collaboration during these years. It must stressed, however, that like many of our fellow ranchers who operate directly on the border we strongly oppose construction of a 30-foot high Bollard and concrete wall for the following reasons.

1) The extremely rugged and broken topography of the southern Peloncillo Mountains serves as an intimidating existing barrier, making it impossible to cross the border with vehicles in the area this wall has been proposed.
2) Because of the topography, wall construction will be extremely expensive. The conservative estimate for the cost of the 4.5 mile Tucson A (Segment 5) is 90 million dollars.
3) Wall construction through this area will require excessive leveling, road building, and use of explosives, with a construction footprint outside of, and well beyond the northern limits of the Roosevelt Easement.
4) Wall and access road construction will be excessively damaging to the rare riparian vegetation found here, causing permanent damage to rare plant communities and wildlife.
5) The proposed wall design will not withstand the very frequent flooding that occurs in Guadalupe Canyon. As mentioned previously, floods in the creek bottom resulted in the deaths of several soldiers in the mid-1800s. In 1969, floodwaters swept away and drowned more than 20 head of cattle, many of which were found far downstream in Sonora. In the 1980s, floodwaters rendered the road impassable for more than six months. Recently, we received six inches of rain during a 48-hour period on Thanksgiving 2019, which resulted in historic flood stage conditions in Guadalupe Creek, severely damaging our access road to the ranch headquarters and transporting large quantities of debris, including enormous tree trunks and boulders. A flood event of nearly equal scale impacted the canyon in September 2014.

Flooding has knocked over and damaged several sections of the 30-foot wall in California and other locations. In smaller flood events, the collection of refuse by floodwaters will have a damaging effect at all locations where the wall crosses Guadalupe Creek or any of its many tributaries, leading to severe downcutting, erosion, loss of topsoil and vegetation, while creating severe ecological degradation, impacting our ability to make a living as a result of livestock forage loss. No design mechanism exist to mitigate flooding, and we will be the people on the ground directly impacted by the effects of a wall built in this location.

**In short, there are many methodologies better suited to securing the Border** in this area, including remote sensing technology, stationary or mobile surveillance towers, tripwires, and best of all – horseback and foot patrols. The border patrol is well aware that the use of these technological methodologies have proved effective in achieving a remarkable reduction in illegal crossings during the past decade. It would be a tragic mistake to destroy a rare and precious Natural Area by constructing a Bollard Wall in an area where it is impractical and unnecessary, due to existing natural barriers, in an area better suited for the use of modern technology to achieve a secure border.

We urge you to reconsider the excessive expenditure projected for an unnecessary wall project that will not secure the objective for which it has been proposed.

We appreciate your consideration,

Sadie Hadley, Sage Goodwin, and Gila Goodwin

# EXHIBIT G



**From:** "Jason.Hagerty" <Jason.Hagerty@swvconstructors.com>
**Date:** May 27, 2020 at 5:16:21 PM MST
**To:** SAGE GOODWIN <sagewan@aol.com>
**Cc:** Sadie Hadley <sadiehadley@gmail.com>
**Subject: RE: [EXTERNAL] Introducing the four of you**

Sounds great Sage, I look forward to hearing from you.



**Jason Hagerty**
**Tucson 63 Project**
(701) 339-7687 cell
Jason.hagerty@swvconstructors.com

---

**From:** SAGE GOODWIN [mailto:sagewan@aol.com]
**Sent:** Wednesday, May 27, 2020 2:38 PM
**To:** Jason.Hagerty <Jason.Hagerty@swvconstructors.com>
**Cc:** Sadie Hadley <sadiehadley@gmail.com>
**Subject:** Re: [EXTERNAL] Introducing the four of you

Mr. Hagerty,

Firstly, please extend our congratulations to Mr. Papp for his newborn son!
Thank you for reaching out to Sadie and I and keeping us apprised of the developments related to
the section of wall that runs east to the NM state line.
We appreciate the invitation to input on the design of this section of border barrier.
We are tied up today and apologize for not being available to be further in touch with you today,
but we will reach out to you tomorrow or the day after.

Sincerely,

1

Sage Goodwin
Guadalupe Ranch
Guadalupe Canyon
Cochise County AZ
Hidalgo County NM

On May 27, 2020, at 8:46 AM, Jason.Hagerty
<Jason.Hagerty@swvconstructors.com> wrote:

Sage / Sadie-

I am guessing you have already heard but last Thursday USACE/CBP officially notified us
that they want us to continue the border fence into Guadalupe Canyon east roughly 4.7
miles beyond our current scope of work.  Right now there is little to no design but we
plan to start this work in the next 4 or so weeks.  I would really like to meet with you all
to let you know what I know and make sure we have open lines of communication
starting today.  I understand there are lots of concerns and rightfully so everyone is very
passionate about this section of work.  I truly believe that open and honest
communication will be what gets us to the best solution in the upcoming
months.  Please let me know when you all are available to meet.  We can make almost
any time/place work so please let me know what works for you.  Luke will be the point
man on all of this work.  He is out this week (New Baby Boy!) so if we could meet early
next week that would be great for us.

Please feel free to email, call or text.  My cell number is 701-339-7687.



**Jason Hagerty**
Tucson 63 Project
(701) 339-7687 cell
Jason.hagerty@swvconstructors.com

---

**From:** Kelly Kimbro [mailto:kkmkimbro@yahoo.com]
**Sent:** Sunday, March 29, 2020 6:49 PM
**To:** Luke.Papp <Luke.Papp@swvconstructors.com>; Sage Goodwin
<sagewan@aol.com>; Sadie Hadley <sadiehadley@gmail.com>
**Cc:** Jason.Hagerty <Jason.Hagerty@swvconstructors.com>
**Subject:** [EXTERNAL] Introducing the four of you

*Luke,* as per our conversation regarding the proposed extension of the WA    into
Guadalupe Canyon, Sadie Hadley and her husband Sage Goodwin are the owners,

grazing lease permittees and longtime residents (Sadie was born and raised there) of the Guadalupe Canyon Ranch in Guadalupe Canyon.    ou saw the landing strip and I know you are aware of where their house is.

As per our conversation, they, like us, are profoundly against the building of any kind of WA    structure into that remote rugged region, yet, they are aware of your task and your assignment and the politics of this venture.

They would like to be in the conversation and in touch with you and your team.

They have a lot at stake.

They are part of our Malpai Borderlands Group and the mission of the group (which was founded in our ranch house, by Sadie s father), is to preserve open spaces, wildlife corridors and the very essence of this landscape and those mountains. This WA    is hitting us all hard in our hearts and demolishing our purpose of keeping wildlife corridors open.  I am saying this because you know our family now and you know we embrace the fact that you and your team are here to complete a task and yet you have been as considerate as you are allowed to be.

***Sage and Sadie***,    uke was our first point of contact and then he brought   ason to meet us and between the two of them, they have treated us fair and honest.
I appreciate that they always answer my emails or texts or calls.
They have never told me something that I thought they could not back up.

  ou all need to meet face to face.  The line of communication needs to be open and up front.

Now, jumping up on my soapbox for a moment  😊
  uke and   ason, I know that the specs from DHS, etc...are usually locked in...but if there was anyway they could be altered to fit those mountains with surveillance technology stations instead of the vast destruction to the landscape that would have to happen in order to install a wall of the magnitude of the one in this valley...that would be epic

Sage, Sadie and I all have connections in DHS and    S Congress and Senate, if it would help to sway the design to be a more reasonable, more effective...let us know and we will engage.

Thankyou, for taking strides to consider our ranching community

  elly

# EXHIBIT H

**From:** TucsonComments <tucsoncomments@cbp.dhs.gov>
**Date:** June 30, 2020 at 8:10:56 PM MST
**To:** Sage Goodwin <sagewan@aol.com>, TucsonComments <tucsoncomments@cbp.dhs.gov>
**Subject: RE:  Cochise, Pima, and Santa Cruz Counties Border Barrier Projects March 2020**

Dear Ms. Hadley, Mr. Goodwin, and Ms. Goodwin:

We appreciate your comments, and we understand your concerns regarding potential impacts to Guadalupe Canyon associated with new border barrier construction in Arizona. Your feedback, along with information about how it was incorporated into the U.S. Customs and Border Protection (CBP)'s environmental planning process, will be detailed in a report that will be made public on www.cbp.gov once all stakeholder comments have been reviewed and analyzed.

Regarding your concerns related to your ranch, we would like to establish an ongoing dialogue.  Should you wish to discuss your concerns, please do not hesitate to contact Lisa Reed, Tucson Sector Ranch Liaison at Lisa.A.Reed@cbp.dhs.gov.

Regarding your concerns about critical habitat, CBP is consulting with the Department of Interior, the Bureau of Land Management, U.S. Fish and Wildlife Service (USFWS), the Forest Service, the National Park Service, and refuge managers to conduct natural resource surveys and to develop measures to avoid, minimize or mitigate impacts to federally-managed lands within the project areas, including Coronado National Forest, Coronado National Memorial, and Buenos Aires National Wildlife Refuge.

Regarding your concerns about wildlife migration, CBP is actively engaging with USFWS Ecological Services, Refuge Managers and the Arizona Game and Fish Department to survey the project areas, identify species of concern, and identify wildlife migration corridors. The goal of this coordination is to develop measures that avoid, minimize, or mitigate impacts and to develop design elements or best management practices that could both support wildlife migration and the operational needs of USBP.

Regarding your concerns about flooding, CBP coordinates with the U.S. Army Corps of Engineers (USACE) and the construction contractors to conduct hydrologic and hydraulic studies of areas where barrier crosses transboundary water flows to develop barrier designs that allow for continuous water flow and minimize debris build up during flood events.

CBP continues to place a high priority on interaction with, and feedback from, federal agencies, tribal governments, local officials, landowners and community members about border barrier projects, and has consistently strived for a transparent process.

Regards,

CBP Outreach Team
-----Original Message-----
From: Sage Goodwin <sagewan@aol.com>
Sent: Friday, May 15, 2020 11:49 PM
To: TucsonComments <tucsoncomments@cbp.dhs.gov>
Subject: Cochise, Pima, and Santa Cruz Counties Border Barrier Projects March 2020

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the CBP Security Operations Center<mailto:cbpsoc@cbp.dhs.gov> with questions or concerns.

# EXHIBIT I



**Legend**

☐ Ranch Boundary
— US_MexicoBoundary2020
▲ Border Monument
═══ AZ-NM Stateline
▨ BLM

0  0.125  0.25    0.5     0.75      1
Miles

DO NOT COPY. All rights reserved.
(SWS-19Nov2020)

# EXHIBIT J



# EXHIBIT K



**From:** "Jason.Hagerty" <Jason.Hagerty@swvconstructors.com>
**Date:** July 28, 2020 at 3:25:09 PM MST
**To:** Sage Goodwin <sagewan@aol.com>, Sadie Hadley <sadiehadley@gmail.com>
**Cc:** "Chris.Kuester" <Chris.Kuester@swvconstructors.com>
**Subject: A5A Plans**


Sage and Sadie-

Hopefully this file is not too large to send to you.  Please let me know if you receive it.  This plan set covers from the east side of Guadalupe Canyon to the west end of the project.

Please let me know if you have any questions.




**Jason Hagerty**
**Tucson 63 Project**
(701) 339-7687 cell
Jason.hagerty@swvconstructors.com



US Army Corps
of Engineers®
LOS ANGELES DISTRICT

# SWC
**SOUTHWEST VALLEY**
C O N S T R U C T O R S

TUCSON, ARIZONA

DEPARTMENT OF HOMELAND SECURITY CUSTOMS AND BORDER PROTECTION

TUCSON PROJECT 1, 2, 3 FY20 VEHICLE AND
PEDESTRIAN BARRIER REPLACEMENT PROJECT (NACO 31)

SOLICITATION NO.:  W912PL-19-R-0063

CONTRACT NO.:      W912PL-19-C-0015

ISSUE DATE:        MAY 2019

PROJECT LOCATION

B6  NACO  A1a A1b A1c A1d  A4  A2a  A2b  A3  DOUGLAS  A5a A5b

FAST-TRACKED
SEGMENT A5a
SEGMENT ID: J
INITIAL

COVER SHEET

G-001J

TUCSON, ARIZONA
BORDER WALL
TUCSON PROJECT 1, 2, 3 FY20 VEHICLE AND
PEDESTRIAN BARRIER REPLACEMENT PROJECT (NACO 31)

U.S. ARMY CORPS OF ENGINEERS
LOS ANGELES DISTRICT
915 WILSHIRE BLVD, SUITE 930
LOS ANGELES CA 90017

INITIAL - ISSUED FOR REVIEW

## GENERAL NOTES

(General construction notes — illegible at this resolution)

## GENERAL AND STRUCTURAL NOTES

## CLEARING AND GRUBBING

## DRAINAGE

## SURVEY

## ENGINEERING Fill

## ABBREVIATIONS

| | |
|---|---|
| L | ANGLE |
| BO | BOTTOM OF |
| BTN | BETWEEN |
| BVWG | BELOW GRADE |
| BVWG | BARBED WIRE |
| BVG | BOLLARD VEHICLE GATE |
| BOC | BOTTOM OF BOX CULVERT |
| CULV | CULVERT |
| CONC | CONCRETE |
| CONC | CONCRETE |
| CONT | CONTINUE |
| C TO C | CENTER TO CENTER |
| CTR | CENTER |
| DET | DETAIL |
| DG | DRAINAGE GATE |
| DIM | DIMENSION |
| DWG | DRAWING |
| EACH | EACH |
| EA | EA |
| FL | FLOW LINE |
| FLG | FLANGED SECTION |
| FT | FEET |
| FTG | FOOTING |
| GC | GENERAL CONTRACTOR |
| GEN | GENERAL |
| GND | GROUND |
| GOVT | GOVERNMENT |
| GL | GRADE LINE |
| GRTD | GROUTED |
| GT | GROUT |
| HDG | HEADING |
| HORIZ | HORIZONTAL |
| HW | HEADWALL |
| HGMZ | INTERNATIONAL BORDER |
| IN | INCH |
| INV | INVERT |

| | |
|---|---|
| LB | POUND |
| LG | LENGTH |
| LONG | LONGITUDINAL |
| LVC | LOW WATER CROSSING |
| M | METER |
| MAX | MAXIMUM |
| MH | MANHOLE |
| MIN | MINIMUM |
| NO | NUMBER |
| OC | ON CENTER |
| OEAY | ON EITHER EACH WAY |
| OPNG | OPENING |
| OPP | OPPOSITE |
| PERIM | PERIMETER |
| PL | PLATE |
| PVR | PIER |
| PR | PAIR |
| PSF | POUNDS PER SQUARE FOOT |
| PSI | POUNDS PER SQUARE INCH |
| RCP | REINFORCED CONCRETE PIPE |
| REINF | REINFORCING |
| REQD | REQUIRED |
| ROW | RIGHT OF WAY |
| SHLDR | SHOULDER |
| SHT | SHEET |
| SHTG | SHEETING |
| SIM | SIMILAR |
| SPA | SPACING |
| STD | STANDARD |
| STEEL | STEEL |
| STRUCT | STRUCTURAL |
| THK | THICKNESS |

## SYMBOLS



DIRECTION OF FLOW

SIGN PANEL

SUPERELEVATION DIRECTION

## SHEET INDEX

| DRAWING NO. | SHEET NO. | DESCRIPTION |
|---|---|---|
| | G-001J | COVER SHEET |
| | G-002J | GENERAL NOTES, ABBREVIATIONS, AND SHEET INDEX |
| | C-101J | CROSS REFERENCE |
| | C-102J | HORIZONTAL CONTROL |
| | C-103J | HORIZONTAL CONTROL |
| | C-104J | PANEL LAYOUT TABLE |
| | C-105J | PANEL LAYOUT TABLE |
| | C-110J | PLAN & PROFILE |
| | C-111J | PROFILE |
| | C-112J | PROFILE |
| | C-113J | PLAN & PROFILE |
| | C-114J | PROFILE |
| | C-115J | PROFILE |
| | C-116J | PLAN & PROFILE |
| | C-117J | PROFILE |
| | C-118J | PROFILE |
| | C-119J | PLAN & PROFILE |
| | C-120J | PROFILE |
| | C-121J | PROFILE |
| | C-122J | PLAN & PROFILE |
| | C-130J | TYPICAL SECTIONS |
| | C-200J | CULVERT DETAILS - NORTH TO SOUTH CROSSINGS |
| | C-201J | CULVERT DETAILS - SOUTH TO NORTH CROSSINGS |
| | C-202J | CONCRETE RIP RAP DETAILS |
| | C-203J | CONCRETE RIP RAP DETAILS |

US Army Corps
of Engineers

U.S. ARMY CORPS OF ENGINEERS
BORDER WALL
916 VEHICLE DISTRICT
915 US VEHICLE AND
PEDESTRIAN BARRIER REPLACEMENT PROJECT (PAACO 31)
TUCSON, ARIZONA

DESIGNED BY:
DRAWN BY:
CHECKED BY:
SUBMITTED BY:

ISSUE DATE:
CONTRACT NO:

GENERAL NOTES
ABBREVIATIONS
AND SHEET INDEX

SHEET ID
G-002J

INITIAL - ISSUED FOR REVIEW



INITIAL - ISSUED FOR REVIEW

Case 1:20-cv-03478-CRC Document 4-4 Filed 11/30/20 Page 42 of 49





INITIAL - ISSUED FOR REVIEW

US Army Corps
of Engineers

TUCSON, ARIZONA
BORDER WALL
U.S. ARMY CORPS OF ENGINEERS
LOS ANGELES DISTRICT
915 WILSHIRE BLVD, SUITE 930
PEDESTRIAN BARRIER PLACEMENT PROJECT (PASO 31)

PANEL TABLE

SHEET ID

**G1103J**

INITIAL - ISSUED FOR REVIEW



Panel table (bollard wall panels and gates layout) — tabular data columns: BEGIN STA, END STA, LENGTH (FT), BOLLARD WALL TYPE, NUMBER OF PANELS, FOUNDATION TYPE, SOIL GROUP*, SCOUR (FT), NOTES.

NOTE:
*SOIL GROUP 3 HAS BEEN ASSUMED FOR INITIAL DESIGN. THIS SOIL GROUP WILL BE UPDATED FOLLOWING GEOTECHNICAL INVESTIGATIONS.

*CONTRACTOR HAS THE OPTION TO INSTALL DRILLED SHAFTS OR TRENCH FOUNDATIONS AT GATE LOCATIONS. PANEL TABLE SHOWS DRILLED SHAFTS. IF A TRENCH FOUNDATION IS THE DESIRED METHOD, SEE STRUCTURAL DETAILS FOR POST LOCATIONS.

US Army Corps
of Engineers

DESIGNED BY:
DRAWN BY:
CHECKED BY:
SUBMITTED BY:

ISSUE DATE:
SOLICITATION NO.:
CONTRACT NO.:

U.S. ARMY CORPS OF ENGINEERS
915 WILSHIRE BLVD, SUITE 930
LOS ANGELES DISTRICT
LOS ANGELES, CA 90017

KIEWIT ENGINEERING GROUP INC.
915 DELAWARE AVENUE
ENGLEWOOD, CO 80110

SIZE
B

BORDER WALL
TUCSON, ARIZONA
PEDESTRIAN BARRIER REPLACEMENT (NACO 31)
PEDESTRIAN PROJECT: 7, 3, 4 HYDD VEHICLE AND

PANEL TABLE

SHEET ID
GI104J

INITIAL - ISSUED FOR REVIEW

**PANEL TABLE**

| BEGIN STA. | END STA. | LENGTH (FT) | BOLLARD WALL | NUMBER OF BOLLARDS | FOUNDATION TYPE | SOIL GROUP* | SCOUR (FT) | NOTES |
|---|---|---|---|---|---|---|---|---|

*(Table contains numerous data rows of station, length, bollard wall, and foundation values that are not legibly resolvable in this image.)*

NOTES reference: CULVERT CROSSING (217. HGP AT HEADWALL), VEHICLE GATE, MONUMENT, etc.

NOTE:
* SOIL GROUP 3 HAS BEEN ASSUMED FOR INITIAL DESIGN.
  THE SOIL GROUPS WILL BE UPDATED FOLLOWING
  GEOTECHNICAL INVESTIGATION.

* CONTRACTOR HAS THE OPTION TO INSTALL DRILLED SHAFTS OR TRENCH FOUNDATIONS AT GATE LOCATIONS. PANEL
  TABLE ASSUMES DRILLED SHAFTS AT GATE LOCATIONS. SEE PANEL FOUNDATIONS AND THE RESPECTIVE METHOD SEE STRUCTURAL
  DETAILS FOR KING POST LOCATIONS.

Case 1:20-cv-03478-CRC   Document 4-4   Filed 11/30/20   Page 46 of 49



PLAN & PROFILE

TUCSON, ARIZONA
BORDER WALL
TUCSON SECTOR 1, 2, 3 FY20 VEHICLE AND
PEDESTRIAN BARRIER REPLACEMENT PROJECT (NACO 31)

U.S. ARMY CORPS OF ENGINEERS
915 WILSHIRE BLVD, SUITE 930
LOS ANGELES DISTRICT

UNITED STATES OF AMERICA

MEXICO

PLAN

NOTES

BOLLARD WALL PROFILE



PATROL ROAD PROFILE

SHEET ID
CS102J

INITIAL - ISSUED FOR REVIEW

Case 1:20-cv-03478-CRC   Document 4-4   Filed 11/30/20   Page 48 of 49





INITIAL - ISSUED FOR REVIEW