AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-03478-CRC |
| CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diamond A Ranch, Western Division, L.L.C., and Guadalupe Ranch Corporation                              .

Date:     12/07/2020

/s/ David Hirsch
*Attorney's signature*

David Hirsch (NY Bar No. 530898) Pro Hac Granted
*Printed name and bar number*

Steptoe & Johnson LLP
1114 6th Avenue
New York, NY 10036

*Address*

dhirsch@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

(212) 506-3950
*FAX number*