UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*,<br><br>        Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf, *et al*,<br><br>        Defendants. | No.: 1:20-cv-03478-CRC |

**SECOND DECLARATION OF SAGE GOODWIN IN SUPPORT OF PLAINTIFFS'
MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

I, Sage Goodwin, hereby declare as follows:

1. I am a Business Manager for Plaintiffs Guadalupe Ranch Corporation and Diamond A Ranch, Western Division, L.L.C. (collectively, the "Ranch").

2. I write to provide an update on events that have occurred since my November 29, 2020 Declaration.

3. I reviewed Colonel Gant's Second Declaration, which mentions "pockets of incompetent rock and soil" that could endanger the Ranch's property. It also discusses a plan involving rock bolts, mesh, debris netting, and a temporary construction easement to "adjust the slope" in the vicinity of the construction.

4. Colonel Gant's statements left me unsure what problem was being solved by these proposals, so I inspected the current state of construction adjacent to our land on Shadow Mountain. I asked a photographer who was visiting us that day to capture recent construction on Shadow Mountain.

5. Attached as Exhibit A is a photograph he took on December 18, 2020. The photo is taken from the Ranch's property on the slope of Shadow Mountain. It shows a view facing southeast along the Roosevelt Reservation into Mexico.

6. As the photo demonstrates, Defendants have constructed a deep trench in Shadow Mountain, apparently in order to build the border wall within it.

7. Colonel Gant's reference to incompetent rock and soil likely refers to the danger of subsidence—in other words, the risk that the northern wall of the trench, including the Ranch's land bordering it, will collapse into the trench.

8. The northern side of the trench is just feet from the Ranch's property. I note that there is an orange-flagged surveyor-style lath driven in the ground in the foreground of the photo, which may mark the northern boundary of the Roosevelt Reservation.

9. Defendants gave us no meaningful notice of their plan to dig this deep trench, and no notice whatsoever of the potential risk that it would pose to the Ranch. They told us that they were digging the trench to prevent rock fall down the existing slope, but such a deep trench is clearly not necessary for that purpose.

10. The trench also creates a cliff face, adjacent to a road, next to our land that is a danger to people and livestock. If the cliff is also unstable, the danger is compounded. These risks would have been obvious had the Defendants' plans been disclosed in a timely manner.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec 20, 2020

_____
Sage Goodwin

2