**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, *et al.* <br><br> Defendants. | Civil Action No. 20-cv-03478-CRC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction; Defendants' Opposition, and the entire record herein, it is hereby

**ORDERED** that:

1. Defendants shall: (a) identify all construction activities that are reasonably likely to cause intrusions on or damage to Plaintiffs' property; and (b) present Plaintiffs with details of the risks, a reasonable plan for mitigating them, and a proposed right of entry or other easement allowing any intrusions.

2. Until paragraph 1 of this Order is satisfied, Defendants and their agents, including but not limited to Southwest Valley Constructors, shall suspend all construction activities adjacent to Plaintiffs' property.

3. Defendants and their agents, including but not limited to Southwest Valley Constructors, shall suspend all construction activities that are reasonably likely to cause intrusions

on or damage to Plaintiffs' property until those activities are the subject of a right of entry or easement from Plaintiffs.

4. In particular and in addition, Defendants shall

   a. Within three days of the date of this Order, provide Plaintiffs with further details on areas of incompetent rock and soil adjacent to Plaintiffs' property, the likely risks that the incompetent rock and soil and Defendants' construction activities pose to Plaintiffs' property, and any reasonably possible mitigation measures for the risks;

   b. Take no action to adjust the slope of the trench on Shadow Mountain or the slope of Shadow Mountain itself without an easement from Plaintiffs;

   c. Conduct no blasting adjacent to Plaintiffs' property except by leave of Court;

   d. Conduct no construction activities that could obstruct the flow of Guadalupe Creek before February 15, 2021;

   e. Provide to Plaintiffs the completed hydrologic studies of Crossing 2125 identified by Col. Gant in her Second Declaration; and

   f. No later than January 6, 2021, provide to Plaintiffs all portions of the contract under which the construction adjacent to their property is being carried out that are not exempt from disclosure under the Freedom of Information Act.

5. The parties are encouraged to seek a mutually acceptable resolution of their dispute and to report to the Court whether they believe such a resolution is possible no later than February 5, 2021.

Dated: _____ \_\_\_, 2020

_____
United States District Judge