AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03478-CRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paul Enriquez, Acquisition, Real Estate and Environmental Director, United States Border Patrol
was received by me on *(date)* 12/03/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S. Mail - Postage Pre-Paid, Certified Mail, Return Receipt Requested
Certified Mail No. 70192280000018725792
Delivered on December 7, 2020 (see attached USPS Confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/28/2020

/s/ Stewart A. Baker
*Server's signature*

Stewart A. Baker
*Printed name and title*

Steptoe & Johnson LLP
1300 Connecticut Avenue, NW
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20229

| Certified Mail Fee | $3.55 | 0234 05 |
|---|---|---|
| $ | $2.85 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $2.20

Total Postage and Fees    12/03/2020
$    $8.60

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

7019 2280 0000 1872 5792

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOYEE…

# USPS Tracking®                                                                                    FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 70192280000018725792

Your item was delivered to an individual at the address at 8:29 am on December 7, 2020 in WASHINGTON, DC 20229.

 **Delivered**

December 7, 2020 at 8:29 am
Delivered, Left with Individual
WASHINGTON, DC 20229

Get Updates ⌄

---

| Text & Email Updates |  |
|---|---|

| Tracking History |  |
|---|---|

December 7, 2020, 8:29 am
Delivered, Left with Individual
WASHINGTON, DC 20229
Your item was delivered to an individual at the address at 8:29 am on December 7, 2020 in WASHINGTON, DC 20229.

December 5, 2020, 11:31 am
Available for Pickup
WASHINGTON, DC 20229

December 5, 2020, 7:06 am
Arrived at Unit

Feedback

WASHINGTON, DC 20018

**December 4, 2020, 6:50 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 4, 2020**
In Transit to Next Facility

**December 3, 2020, 11:34 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 3, 2020, 8:45 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 3, 2020, 8:34 am**
USPS in possession of item
WASHINGTON, DC 20016

Feedback

**Product Information** ∧

| Postal Product: | Features: | See tracking for related item: 9590940258760038293571 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940258760038293571) |

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback