IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, *et al.*<br><br>Defendants. | Civil Action No. 20-cv-03478-CRC |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Diamond A Ranch, Western Division, LLC and Guadalupe Ranch Corporation respectfully oppose the Motion for Extension of Time to Respond to Complaint, ECF 31 (the "Motion"), filed by Defendant United States Army Corps of Engineers ("USACE").

First, Plaintiffs filed their request under the Freedom of Information Act ("FOIA") more than five months ago—on August 14, 2020.  *See* ECF 1-2.  This request is simple:  all non-exempt and non-privileged portions of the contract(s) between USACE and Southwest Valley Constructors ("SWVC") that pertain to the 4.7-mile segment abutting Plaintiffs' property.  The contract(s) are already—and have long been—in Defendant's possession.  Under the terms of FOIA, that request should have been met within twenty working days, on or before September 11, 2020.  Responding is a simple task that does not require forty-five additional days.

Second, Defendant's attempt to further delay its obligation will keep information from Plaintiffs—and the Court—while the preliminary injunction is being litigated.

Finally, a single deadline for the entirety of Defendants' response is not necessary. Plaintiffs' FOIA request is distinct from its Fifth Amendment claims, and the two claims are being defended by two entirely separate divisions of the Department of Justice ("DOJ"). As far as can be seen, Mr. Warden has nothing to do in this case other than defend the FOIA claim, so the "complexity of bifurcated responses" is hard to see; if it were a serious concern, DOJ would not have bifurcated its response from the outset. Motion at 2.

That said, Plaintiffs appreciate Defendants' offer to produce the nonexempt portions of the contract before their response is due. Plaintiffs are prepared to consent to a delay in Defendants' FOIA response if the nonexempt portions of the contract are produced within a week of the original deadline of January 6. An alternative proposed order, requiring Defendants to produce the contracts by January 11, 2021, is attached.

Dated: January 6, 2021　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ *Stewart A. Baker*
　　　　　　　　　　　　　　　　　　Stewart A. Baker (D.C. Bar No. 262071)
　　　　　　　　　　　　　　　　　　Lia Metreveli (application pending)
　　　　　　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Tel: (202) 429-3000
　　　　　　　　　　　　　　　　　　Fax: (202) 429-3902
　　　　　　　　　　　　　　　　　　Email: sbaker@steptoe.com
　　　　　　　　　　　　　　　　　　Email: lmetreveli@steptoe.com

　　　　　　　　　　　　　　　　　　David Hirsch (*pro hac vice* application forthcoming)
　　　　　　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　　　　　　1114 6th Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Tel: (212) 506-3900
　　　　　　　　　　　　　　　　　　Email: dhirsch@steptoe.com