IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, *et al.*<br><br>Defendants. | Civil Action No. 20-cv-03478-CRC |

### [PROPOSED] ORDER

Upon consideration of Defendant United States Army Corps of Engineers' Motion for Extension of Time to Respond to Complaint and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that:

1. The motion is granted in part and denied in part.

2. Defendants must produce all nonexempt materials responsive to Plaintiffs' FOIA request on or before January 11, 2021.

3. Defendants' substantive responses to Plaintiffs' FOIA claims may be filed on or before February 5, 2021.

Dated: January ___, 2021

_____
CHRISTOPHER R. COOPER
United States District Judge