AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., et al. | ) | |
| *Plaintiff* | ) | Case No.    20-cv-03478-CRC |
| v. | ) | |
| ALEJANDRO MAYORKAS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diamond A Ranch, Western Division, L.L.C., and Guadalupe Ranch Corporation                                    .

Date:      05/14/2021

/s/ Lia Metreveli
*Attorney's signature*

Lia Metreveli (D.C. Bar No. 1617975)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Address*

lmetreveli@steptoe.com
*E-mail address*

(202) 429-6231
*Telephone number*

(202) 429-3902
*FAX number*