IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND A RANCH, WESTERN DIVISION, L.L.C., *et al.*, <br><br>Plaintiffs; <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>Defendants. | Case No. 1:20-CV-03478-CRC |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report relaying the state of the Parties' attempts to reach a negotiated resolution of this case.

The Parties recently held a settlement conference to discuss the implications of Defendants' April 30, 2021, notice that the Department of Defense has decided to cancel all border wall projects undertaken pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808 (ECF 36). The discussion was cooperative and productive, although Defendants were unable to commit to any course of action because the review mandated by President Biden's January 20, 2021 *Proclamation on the Termination of Emergency with Respect to The Southern Border of The United States and Redirection of Funds Diverted to Border Wall Construction* remains ongoing. Plaintiffs are seeking remediation from the government that they believe is consistent with the Proclamation in the hope of narrowing or resolving outstanding issues in the litigation. Until the review is complete, however, it is not clear what, if any, actions DHS may take regarding the border wall projects undertaken by the Department of Defense, including the § 284 project at issue in this case.

The Parties have agreed to another conference on May 31, 2021. In light of the April 30, 2021 decision to terminate the border wall project at issue in this litigation—as well as the Parties' good-faith discussions to date—the Parties request this case remain stayed. The Parties are available to appear for the Court's scheduled May 25, 2021 status conference unless that conference is deemed unnecessary by the Court.

Dated: May 14, 2021                    Respectfully Submitted,

      /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

David Hirsch (D.C. Bar No. 1030393)
STEPTOE & JOHNSON LLP
1114 6th Avenue
New York, NY 10036
Tel: (212) 506-3900
Email: dhirsch@steptoe.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

    /s/ *Tyler M. Alexander* (*permission by email*)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

*Attorneys for Defendants*