UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Chad F. Wolf, *et al*,<br><br>    Defendants. | No.: 1:20-cv-03478-CRC |

**JOINT STATUS REPORT**

In accordance with this Court's September 14, 2021 Minute Order, the Parties submit this Joint Status Report relaying the state of the Parties' attempts to reach a negotiated resolution of this case.

The Parties continue to believe that a settlement is the preferable outcome and a possible one. Defendants have already some steps to remedy some damage from the activities that spurred the lawsuit.  As part of the U.S. Army Corps of Engineers' close-out process, its contractor has removed the berm across Guadalupe Creek, staged unused segments of bollard wall in a manner that will facilitate removal, and has been cleared to coordinate with Plaintiffs to enter Plaintiffs' property and remove some of the rocks blasted onto Plaintiffs' property during construction. Direct discussions between Plaintiffs and Defendants' contractor over these actions began within the last week.

The process remains slow, and certain issues are unresolved.  For example, Defendants have not reached a final decision on the removal of bollard wall segments that are still standing in Guadalupe Creek.  The involvement of multiple agencies, as well as the pending transition of control from the U.S. Army Corps of Engineers to the Department of Homeland Security, have

both complicated the process. That said, the Parties are optimistic that the guidance reaching the Defendants will permit a settlement that meets Plaintiffs' fundamental complaints.

The Parties request that case remain stayed and that the Court set a status conference for November 1, 2021—or as soon thereafter as the Court's calendar will allow—at which the Parties will report on the progress of the negotiations.

Dated: September 30, 2021                     Respectfully Submitted,

  /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

David Hirsch
STEPTOE & JOHNSON LLP
1114 6th Avenue
New York, NY 10036
Tel: (212) 506-3900
Email: dhirsch@steptoe.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of September, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                         /s/ *Stewart A. Baker*
                                         Stewart A. Baker