UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. Wolf, *et al*, <br><br> Defendants. | No.: 1:20-cv-03478-CRC |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report to update the Court on their attempts to reach a negotiated resolution of this case in advance of today's status conference.

The Parties continue to believe that a settlement is the preferable outcome and a possible one. As anticipated in the parties' last Joint Status Report (Dkt. 43), the U.S. Army Corps of Engineers' contractor has engaged in direct discussions with Plaintiffs. The contractor has entered Plaintiffs' property and begun to remove some of the rocks blasted onto Plaintiffs' property during construction and to repair some of Plaintiffs' fencing. Although the Parties have not yet engaged in serious discussions on remediation, these interim steps are signs of progress and good faith. In light of this progress, Plaintiffs will voluntarily withdraw their November 30, 2020, Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 4).

The underlying complaint, however, remains in place. And some issues are unresolved. For example, Defendants have not reached a final decision on the removal of bollard wall segments that are still standing in Guadalupe Creek. That said, the Parties are optimistic that the guidance reaching the Defendants will permit a settlement that resolves the rest of this matter.

The Parties request that case remain stayed and will be happy to answer any questions during the conference on Monday.

Dated:  November 8, 2021          Respectfully Submitted,

  /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

David Hirsch
STEPTOE & JOHNSON LLP
1114 6th Avenue
New York, NY 10036
Tel: (212) 506-3900
Email: dhirsch@steptoe.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of November, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                          /s/ *Stewart A. Baker*
                                          Stewart A. Baker