UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Diamond A Ranch, Western Division, LLC, *et al*,

        Plaintiffs,

v.

Chad F. Wolf, *et al*,

        Defendants.

No.: 1:20-cv-03478-CRC

**NOTICE OF WITHDRAWAL OF MOTION**

    Plaintiffs' hereby voluntarily withdraw their November 30, 2020, Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 4) in its entirety. This does not resolve the underlying litigation or the parties' dispute over whether the planting of bollard segments in the creek violated the Court's December 7, 2020 minute order.

Dated:  November 8, 2021	Respectfully Submitted,

/s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

David Hirsch
STEPTOE & JOHNSON LLP
1114 6th Avenue
New York, NY 10036
Tel: (212) 506-3900
Email: dhirsch@steptoe.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of November, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                            /s/ *Stewart A. Baker*
                                            Stewart A. Baker