UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*,<br><br>        Plaintiffs,<br><br>   v.<br><br>Alejandro N. Mayorkas, *et al*,<br><br>        Defendants. | No.: 1:20-cv-03478-CRC |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report to update the Court on their attempts to reach a negotiated resolution of this case.

The Parties continue to believe that a settlement is the preferable outcome and a settlement is possible. Channels of discussion between Plaintiffs and Defendants remain open and strong. On January 4, 2022, U.S. Customs and Border Patrol ("CPB") released the Tucson Sector Remediation Plan ("Plan") and is accepting public input and comments on its set of remediation principles for the region encompassing the ranch's property. Plaintiffs expect to submit comments to CBP on the Plan. Additionally, the Parties will hold an on-site meeting to discuss the ways in which remediation can address the issues under litigation. The meeting, originally planned for this week, had to be postponed due to the surge in COVID-19 Omicron cases. However, the Parties are actively exploring a possible meeting in February for the same purpose. The Parties remain optimistic that future discussions will permit a settlement which resolves this matter.

The Parties request that case remain stayed and will be happy to answer any questions.

Dated: January 6, 2022                                  Respectfully Submitted,

    /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of January, 2022, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                         /s/ *Stewart A. Baker*
                                         Stewart A. Baker