UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro N. Mayorkas, *et al*, <br><br> Defendants. | No.: 1:20-cv-03478-CRC |

## **JOINT STATUS REPORT**

The Parties submit this Joint Status Report to update the Court on their attempts to reach a negotiated resolution of this case.

The Parties continue to believe that a settlement is the preferable outcome and a settlement is possible. Channels of discussion between Plaintiffs and Defendants remain open and strong. Following the on-site meeting held between the Parties on March 3, 2022, the Parties continue to discuss ways in which remediation can address the issues under litigation. The Parties are moving forward in negotiating a resolution and will discuss specific steps during a telephone conference on June 10, 2022. The Parties remain optimistic that this and future discussions will permit a settlement which resolves this matter.

The Parties request that this case remain stayed and will be happy to answer any questions.

Dated: June 9, 2022                                  Respectfully Submitted,

                                                                /s/ *Stewart A. Baker*
                                                         Stewart A. Baker (D.C. Bar No. 262071)
                                                         Lia Metreveli (D.C. Bar No. 1617975)
                                                         STEPTOE & JOHNSON LLP
                                                         1330 Connecticut Avenue, NW
                                                         Washington, DC 20036
                                                         Tel: (202) 429-3000

Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

　/s/ *Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 9th day of June, 2022, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                                     /s/ *Stewart A. Baker*
                                                     Stewart A. Baker