UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diamond A Ranch, Western Division, LLC, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro N. Mayorkas, *et al*, <br><br> Defendants. | No.: 1:20-cv-03478-CRC |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report to update the Court on their attempts to reach a negotiated resolution of this case.

The Parties have held further detailed conferences regarding the three principal areas of negotiation and have made progress on all three. A further meeting between representatives of the Department of Homeland Security and the Ranch at the affected site will examine in detail the Parties' proposals for avoiding flooding in Guadalupe Canyon, remediating damage to Ranch property from wall construction, and ensuring border security. Proposals from each of the Parties have become more concrete and have grown closer to each other; the Parties now believe that a settlement fully resolving the litigation is likely.

That said, it will require more time. Decisions about the kind of remediation and security measures to be taken adjacent to the Ranch's property are being coordinated with a comprehensive barrier construction remediation process established by the Department of Homeland Security. The final proposals for resolving this dispute will thus depend in part on the broader process, including budgetary decisions by the Department's leadership. The broader process has been moving forward deliberately. All Parties believe that this process is the key to

a satisfactory resolution of the dispute and that progress will depend in part on factors beyond the control of those conducting the talks.

The Parties request that this case remain stayed and will be happy to answer any questions.

Dated:  February 6, 2023                          Respectfully Submitted,

   /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
Lia Metreveli (D.C. Bar No. 1617975)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com
Email: lmetreveli@steptoe.com

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

   /s/ *Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of February, 2023, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system.

                                                /s/ *Stewart A. Baker*
                                                Stewart A. Baker