UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Diamond A Ranch, Western Division, LLC, *et al*,

        Plaintiffs,

v.

Alejandro N. Mayorkas, *et al*,

        Defendants.

No.: 1:20-cv-03478-CRC

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report to update the Court on their work towards a negotiated resolution of this case.

Since the last status report, the principals have continued to push discussions forward. They have exchanged a draft agreement on issues raised by a well-sharing agreement that is tied to the overall prospects of settlement. In addition, a conference between the principals and counsel on the remaining unresolved issues—mitigating against flooding in Guadalupe Canyon, remediating damage to Ranch property from wall construction, and ensuring border security—was scheduled for October 6, 2023, but postponed due to illness of one planned participant. As of this writing, the negotiation is being rescheduled for the week of October 9, 2023.

As before, no settlement can be finally agreed without obtaining approvals up the reporting chains of the Justice and Homeland Security departments. While drafts have been discussed and circulated, that process has not concluded.

The prospects for a settlement remain good but further time will be necessary to reach agreement.

The Parties request that this case remain stayed while these discussions move forward, and are happy to answer any questions.

Dated:  October 10, 2023

Respectfully submitted,

  /s/ *Stewart A. Baker*
Stewart A. Baker (D.C. Bar No. 262071)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Email: sbaker@steptoe.com

*Attorney for Defendants*


TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

  /s/ *Tyler M. Alexander* (permission via email)
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for Plaintiffs*